THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE LAWRENCE, Defendant-Appellant.

(No. 58706; ▮▮▮▮▮▮▮▮▮▮

First District (5th Division)—February 8, 1974.

PER CURIAM.
BARRETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (James R. Streicker, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.

TERESA HIGHSMITH, a Minor, by SAMUEL HIGHSMITH, Her Father and Next Friend, *et al.*, Plaintiffs-Appellants, *v.* ALLSTATE INSURANCE COMPANY, Defendant-Appellee.

(No. 57490; ▮▮▮▮▮▮▮▮▮▮

First District (4th Division)—February 6, 1974.